FILED
CLERK, U.S. DISTRICT COURT
OCT 2 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 08-0342-DSF |
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING (Fed.R.Crim.P. 32.1(a)(6)<br>) Allegations of Violations of Probation/<br>) Supervised Release Conditions) |
| v. | |
| ALBERT BUI | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

(1) he will refrain from substance abuse;

(2) he will comply w/ conditions of release

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

(1) he will refrain from substance abuse;

(2) he will comply w/ conditions of ~~detention~~ release;

(3) also — unknown bail resources.

IT IS ORDERED that defendant be detained.

DATED: 10/25/13

*[signature]*
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2