FILED
CLERK, U.S. DISTRICT COURT

APR 17 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALBERT BUI,<br><br>　　　　　Defendant. | Case No. 08-0342-ODW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

　　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　　The Court finds no condition or combination of conditions that will reasonably assure:

　　　☒　　the appearance of defendant as required; and/or

　　　☐　　the safety of any person or the community.

　　　//

　　　//

　　　//

The Court concludes:

☐ Defendant poses a risk to the safety of other persons or the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk. The risk to the safety of other persons or the community is based on:

☒ Defendant is a risk of flight, and the Court finds that defendant has not met his burden of establishing by clear and convincing evidence that he is not such a risk. The risk of flight is based on:

- Instant allegations in violation petition
- Non-compliance with STAR program requirements (including failure to contact Probation Officer and failure to appear for STAR meetings)

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 05/17/2016

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE